```
1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorneys for Defendant
6   JOHNNY JARAMILLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00014 LJO-SKO |
|---|---|
| *Plaintiff*, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | DATE:   July 2, 2018 |
| JOHNNY JARAMILLO, | TIME:    1:00 p.m. |
| *Defendant.* | JUDGE: Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 2, 2018 may be reset to August 20, 2018 at 1:00 p.m.

Additional time is needed for the parties to resolve discovery issues.

It is further agreed that the time period from July 2, 2018 to and including the status conference date of  August 20, 2018 is excludable under 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

    Respectfully submitted,

    MCGREGOR W. SCOTT
    United States Attorney

DATED:  June 28, 2018    */s/ Ross Pearson*
    ROSS PEARSON
    Assistant United States Attorney
    Attorney for Plaintiff

|   |   |   |
|---|---|---|
| DATED: June 28, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOHNNY JARAMILLO |

# **O R D E R**

Pursuant to the parties' Stipulation, the status conference hearing presently set for Monday, July 2, 2018, at 1:00 p.m. is hereby continued to Monday, August 20, 2018, at 1:00 p.m. It is ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' Stipulation, through and including the continued status conference date of August 20, 2018, under 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(i) and(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The Court notes that this case has been pending since January 25, 2018. The parties shall be prepared to select a mutually agreeable trial date at the third status conference set for August 20, 2018.

IT IS SO ORDERED.

Dated:  **June 28, 2018**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE