| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC** |
| | 265 E. River Park Circle, Suite 310 |
| 2 | Fresno, California 93720 |
| | Telephone: (559) 233-4800 |
| 3 | Facsimile: (559) 233-9330 |

Peter M. Jones, Esq. SBN# 105811

Attorneys for: **Defendant, JOHNNY JARAMILLO**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00014 LJO-SKO |
| Plaintiff(s), | **STIPULATION TO CONTINUE THE SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND ORDER THEREON** |
| v. | |
| JOHNNY JARAMILLO | |
| Defendant(s). | |

Defendant, JOHNNY JARAMILLO, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Ross Pearson, **HEREBY STIPULATE** that the Sentencing Hearing for Mr. Jaramillo in the above entitled matter **now set for June 10. 2019 at 8:30 a.m. be rescheduled to be heard on July 8, 2019 at 8:30 a.m.** pending approval and order of the court.

Dated: April 17, 2019            Respectfully Submitted,

By: /s/ PETER M. JONES_____
    PETER M. JONES, Attorney for
    Defendant, Johnny Jaramillo

Dated: April 17, 2019            MCGREGOR W. SCOTT, U.S. Attorney
    UNITED STATES ATTORNEY'S OFFICE

By: /s/ ROSS PEARSON_____
    ROSS PEARSON,
    Assistant U.S. Attorney

{8290/002/00976852.DOC}                    1

_____
**STIPULATION TO CONTINUE SENTENCING DATE; AND [PROPOSED] ORDER THEREON**

# DECLARATION OF PETER M. JONES

I Peter M. Jones, declare as follows: Defendant, Johnny Jaramillo, and members of his family requested that his sentencing date be postponed by one month.  The Government has no opposition to the requested postponement and suggested July 8, 2019 as an agreeable date; and further agreed to stipulate to continue Mr. Jaramillo's sentencing to that date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2019, at Fresno California.

                                                    /s/ Peter M. Jones
                                                    Peter M. Jones

# **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Sentencing Hearing for Defendant, Johnny Jaramillo, currently set on June 10, 2019 at 8:30, be continued to July 8, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **April 18, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE