# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>        Plaintiff,<br><br>v.<br><br>JOHNNY JARAMILLO,<br><br>        Defendant. | D.C. No. 1:18-CR-0014-LJO-SKO<br>Eastern District of California<br><br>**ORDER** |

This court appointed Johanna S. Schiavoni, Esq., as CJA counsel to represent defendant Jonny Jaramillo pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on August 26, 2019. Counsel has been appointed to handle the defendant's pending appeal.

On October 16, 2019, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

The Clerk shall serve on counsel for defendant a copy of district court docket nos. 36 and 38.

The court reporters also may transcribe and transmit to counsel <u>under seal</u> the portions of the transcripts that were noted as "sealed" on the record in the transcripts of proceedings dated December 3, 2018 and June 17, 2019.

To the extent counsel seeks to unseal those documents or transcripts after reviewing them, an application may be made at a later time.

IT IS SO ORDERED.

Dated: **October 17, 2019**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE