UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY JARAMILLO,<br><br>Defendant. | Case No. 1:18-CR-00014-JLT-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION<br><br>(Doc. 73) |

On February 4, 2022, Defendant Johnny Jaramillo filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in relation to the above-captioned case. (Doc. 73.) The Court has preliminarily reviewed Jaramillo's motion and concludes that it would be aided by a response from the government. Accordingly, the government shall have until **January 13, 2023** to file any opposition, and Defendant Jaramillo shall have until **February 3, 2023** to file a reply.

IT IS SO ORDERED.

Dated:   **November 7, 2022**

UNITED STATES DISTRICT JUDGE